# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Grant Thornton LLP ) ASBCA No. 61492
)
Under Contract No. W81XWH-08-D-0027 )

APPEARANCES FOR THE APPELLANT: Alexander J. Brittin, Esq.
  Brittin Law Group, PLLC
  Vienna, VA

  Ellen Randel, Esq.
  Associate General Counsel

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
  LTC Robert B. Nelson, JA
  Trial Attorney

## ORDER OF DISMISSAL

The dispute which is the subject of this appeal has been settled, and the appeal is hereby dismissed with prejudice.

Dated: October 18, 2019

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61492, Appeal of Grant Thornton LLP, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals
